# Court of Appeals
# of the State of Georgia

ATLANTA, November 05, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0597. FREDERICK COLLINS v. SHARON COLLINS.**

Frederick Collins appeals directly to this Court from a family violence twelve month protective order entered against him. However, he has no right of direct appeal here. Under OCGA § 5-6-35 (a) (2), a party must follow the discretionary appeal procedure to obtain appellate review in a domestic relations case, including one involving family violence. See *Schmidt v. Schmidt*, 270 Ga. 461, 461 (1) (510 SE2d 810) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Frederick Collins's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/05/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*